UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DELBERT M. GREENE,<br><br>          Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>          Defendants. | 3:07-cv-00474-LRH-VPC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#41) entered on May 28, 2009, in which the Magistrate Judge recommends that the Plaintiff's motion for preliminary injunction (#27) be denied. No objection was filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2   Magistrate Judge (#41); therefore, Plaintiff's motion for preliminary injunction (#27) is denied.
3   IT IS SO ORDERED.
4   DATED 30th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2