1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                            * * * * *

9    DELBERT M. GREENE,                )
                                       )
10              Plaintiff,             )         3:07-cv-00474-LRH-VPC
                                       )
11   v.                                )
                                       )         O R D E R
12   DWIGHT NEVEN, et al.,             )
                                       )
13              Defendants.            )
     _____ )

14

15          Before this Court is Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke

16   (#73[1]) filed on February 10, 2010, recommending dismissing defendant Ernest Jenkins for failure to

17   effect service of process.   Plaintiff filed his objection (#74), and defendants did not reply, pursuant to

18   28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District

19   Court for the District of Nevada.

20          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

21   memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) and

22   Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

23   (#73) entered on February 10, 2010, should be adopted and accepted.

24          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#73)

25   _____

26          [1]Refers to court's docket number.

filed on February 10, 2010, is adopted and accepted, and defendant Ernest Jenkins is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED this 30th day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE