UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| DELBERT M. GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:07-cv-00474-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DWIGHT NEVEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#89[1]) entered on January 12, 2011, in which the Magistrate Judge recommends that the Plaintiff's Motion for Leave to File the Third Amended Complaint (#88) be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#89); therefore, Plaintiff's Motion for Leave to File the Third Amended Complaint (#88) is GRANTED. The Clerk shall DETACH and FILE the third amended complaint attached to the motion at (#88-1).

---

[1] Refers to the court's docket numbers.

1     IT IS FURTHER ORDERED that Plaintiff's claim for retaliation against defendant Jackson be
2 DISMISSED WITH PREJUDICE.

3     IT IS FURTHER ORDERED that Plaintiff's claim for conspiracy against defendants Bean,
4 Jackson, and Walker be DISMISSED WITH PREJUDICE.

5     IT IS FURTHER ORDERED that Plaintiff's remaining claims be permitted to advance.

6     IT IS SO ORDERED.

7     DATED this 5th day of February, 2011..

                                                                           LARRY R. HICKS
                                                                           UNITED STATES DISTRICT JUDGE