UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DELBERT M. GREENE, ) | |
| ) | |
|     Plaintiff, ) | 3:07-cv-00474-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| DWIGHT NEVEN, et al., ) | |
| ) | |
|     Defendants. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#97[1]) entered on May 17, 2011, recommending granting Defendants' Motion to Dismiss (#92) filed on February 28, 2011. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#98) on May 31, 2011. Defendants did not file an opposition to Plaintiff's Objections. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1]Refers to court's docket number.

Judge's Report and Recommendation (#97) entered on May 17, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#97) entered on May 17, 2011, is adopted and accepted.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (#92) is GRANTED and Plaintiff's Third Amended Complaint (#91) is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 14th day of July, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE